# GENERAL RELEASE AND WAIVER

This General Release and Waiver ("Release") is entered into by Nick Kalaj ("Kalaj") and N & C Trucking, Inc. ("NCI"). This Release is made in consideration of the following facts:

A. NCI and FedEx Ground have entered into a Linehaul Contractor Operating Agreement ("Operating Agreement").

B. NCI and Kalaj desire to assign NCI's Operating Agreement and have proposed an assignment of NCI's Operating Agreement.

C. Any assignment is subject to the Assignment provision in the Operating Agreement, which provides for thirty days advance notice to FedEx Ground and FedEx Ground's consent as a precondition.

D. FedEx Ground, NCI and Kalaj agreed that, in exchange for NCI and Kalaj executing this Release and satisfying other conditions, FedEx Ground will forbear from immediately terminating the Operating Agreement and from withholding consent to NCI's proposed assignment of its Operating Agreement upon satisfaction of certain conditions.

E. NCI and Kalaj understand, acknowledge, and agree that it is the desire and intention of each to effect a final and complete resolution of any claims NCI and/or Kalaj may have against FedEx Ground, or any companies affiliated with FedEx Ground or any Releasees (as defined below).

F. NCI, Kalaj and FedEx Ground agree that the provisions of the Operating Agreement, which, by its terms, survive termination, including all provisions related to NCI's indemnification of FedEx Ground, shall survive termination pursuant to this Release.

Therefore, in consideration of the promises and agreements contained herein, NCI and Kalaj agree and covenant as follows:

1. RELEASE: In consideration of the foregoing, the promises and covenants contained herein, and other good and valuable consideration, the sufficiency and receipt of which NCI and Kalaj hereby acknowledge, NCI and Kalaj, on behalf of themselves, and on behalf of any of related or associated persons or business entities (including any entity for or through which NCI and/or Kalaj provided linehaul services to FedEx Ground), heirs, agents, attorneys, employers, employees, representatives, executors, administrators, successors, insurers, and assigns ("Releasors"), hereby forever releases, waives, acquits, and discharges FedEx Ground and each of its employers, parents, subsidiaries, predecessors, successors, affiliated corporations or other related entities, and each of their respective past, present, and future third-party administrators and insurers, officers, directors, stockholders, agents, representatives, servants, employees, heirs, and attorneys ("Releasees"), from all claims, demands, obligations, judgments, actions, causes of action, liens, and liabilities for injuries, losses, and damages of any kind or nature, whether personal, property, punitive, exemplary, economic, or noneconomic, whether now known or unknown, that in any way arose, arises, or has accrued through the date of this Release.

**Plaintiff's Exhibit - 8.1**

2. **RELEASE INCLUDES UNKNOWN INJURIES**: NCI and Kalaj and Releasors expressly accept and assume the risk that if facts with respect to matters covered by this Release are found hereafter to be other than or different from the facts now believed or assumed to be true, this Release shall nevertheless remain effective. NCI and Kalaj acknowledge that they later may discover claims or facts in addition to or different from those which they now know or believe to exist with respect to the subject matter of this Release, and which, if known or suspected on or before the date of the Release, may have materially affected its terms. Nevertheless, NCI and Kalaj hereby release and waive any claims that might arise as a result of such different or additional claims or facts.

EXCEPT AS PROVIDED IN THIS RELEASE, NCI AND KALAJ WAIVE ALL RIGHTS AGAINST FEDEX GROUND UNDER CALIFORNIA CIVIL CODE, SECTION 1542, WHICH READS AS FOLLOWS: "A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR." Thus, notwithstanding the provisions of Section 1542, and for the purpose of implementing a full and complete release and discharge of FedEx Ground, NCI and Kalaj expressly acknowledge that this Release is intended to include in its effect, without limitation, all claims which NCI and Kalaj does not know or suspect to exist in their favor against FedEx Ground or Releasees at the time of execution hereof, and that this Release contemplates the extinguishment of any such claim or claims.

3. **REPRESENTATIONS AND WARRANTIES**: NCI and Kalaj represents and warrants as follows:

    3.1 That they have the sole right and exclusive authority to execute this Release;

    3.2 That they have carefully read, and know and understand, the full contents of this Release and are voluntarily entering into it after having received independent legal advice from their attorneys with respect to the advisability of making and executing this Release;

    3.3 In executing this Release, they have not relied on any statement, representation, omission, inducement, or promise of any other party (or any officer, agent, employee, representative, or attorney for any other party), except as expressly stated in this Release;

    3.4 They have investigated the facts relevant to this Release, and all matters pertaining thereto, to the full extent that they deems necessary;

    3.5 They have had an adequate opportunity to read, review, and consider the effect of the language of this Release, and have agreed to its terms; and

    3.6 It is understood and agreed that this Release is not to be construed as or deemed to be an admission of any liability, fault, or responsibility.

**Plaintiff's Exhibit - 8.2**

4. SEVERANCE: If any provision of this Release is held to be invalid by a court of competent jurisdiction, that provision shall be deemed severed and deleted from this Release, and neither that provision nor its severance and deletion shall affect the validity of the remaining provisions. Notwithstanding the above, no portion of any release may be deemed severed or deleted from this Release, except upon waiver in writing by the released party or parties affected by such severance or deletion.

5. GOVERNING LAW: This General Release and Waiver shall be governed by and construed in accordance with the law of the Commonwealth of Pennsylvania.

I HAVE READ THE FOREGOING GENERAL RELEASE AND WAIVER, UNDERSTAND ITS TERMS, AND FREELY AND VOLUNTARILY AGREE TO BE BOUND BY IT.

Agreed to by N & C Trucking, Inc.:

_Nick Kalaj_
By its Authorized Officer
Dated: August 31, 2016

Agreed to by Nick Kalaj:

_Nick Kalaj_
Dated: August 31, 2016

**Plaintiff's Exhibit - 8.3**