NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

CHRISTOPHER J. YOST, (SBN 150785)
DAVID S. WILSON, III, (SBN 174185)
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, CA 92614
Telephone: 949.862.4558; Facsimile: 901.492.5641
cjyost@fedex.com
dswilson@fedex.com

ATTORNEY(S) FOR: Defendant, FedEx Ground Package System, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALAJ, INC., a California Corporation; and N&C TRUCKING, INC., a California Corporation;<br><br>Plaintiff(s),<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware Corporation; and DOES 1 to 100, Inclusive<br><br>Defendant(s) | CASE NUMBER:<br><br>5:17-cv-02060-JLS-KK<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Defendant, FedEx Ground Package System, Inc._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Kalaj, Inc. | Plaintiff |
| N&C Trucking, Inc. | Plaintiff |
| Nick Kalaj | President and Authorized Officer of N&C Trucking, Inc. and Kalaj, Inc. |
| FedEx Ground Package System, Inc. | Defendant |
| FedEx Corporation | Corporate Parent of Defendant |

November 28, 2017                        s/David S. Wilson, III
Date                                              Signature

Attorney of record for (or name of party appearing in pro per):

Defendant, FedEx Ground Package System, Inc.