# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALAJ, INC., a California Corporation; and N&C TRUCKING, INC., a California Corporation;<br><br>   Plaintiffs,<br><br> v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware Corporation; and DOES 1 to 100, Inclusive,<br><br>   Defendants. | Case No. 5:17-cv-02060-JLS-KK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12** |

 This matter came before the Court on Defendant FedEx Ground Package System, Inc.'s ("Defendant") Motion to Dismiss Pursuant to Fed. R. Civ. P. 12 (the "Motion".) In addition to the pleadings on file, the Court has reviewed all pleadings filed in support of and in opposition to the Motion, and considered the oral argument of counsel.

 IT IS HEREBY ORDERED that Plaintiffs' First Amended Complaint is DISMISSED with prejudice.

 DONE AND ORDERD this _____ day of _____, 2018.

                Honorable Josephine L. Staton
                District Court Judge