UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  5:17-cv-2060-JLS-KK                                      Date: January 18, 2018
Title:  Kalaj, Inc., et al. v. Fedex Ground Package System, Inc., et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                         Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TAKING DEFENDANT'S MOTION TO DISMISS (Doc. 17) UNDER SUBMISSION**

 Before the Court is a Motion to Dismiss filed by FedEx Ground Package System, Inc.  (MTD, Doc. 17.)  The Court finds this matter appropriate for decision without oral argument.  *See* Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.  Accordingly, the hearing set for January 19, 2018, at 2:30 p.m., is VACATED, and the Court takes the matter UNDER SUBMISSION.

                                                                                       Initials of Preparer:  tg