Raj D. Roy, Esq. (183726)
Frank P. Agello, Esq. (204471)
ROY LEGAL GROUP
8345 Reseda Boulevard, Suite 222
Northridge, California 91324
Telephone: (818) 993-3300
Facsimile: (818) 993-4577
Email: roylegalgroup@gmail.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALAJ, INC., a California Corporation; and N&C TRUCKING, INC., a California Corporation;<br><br>    Plaintiffs,<br><br>        vs.<br><br>FEDEX GROUND PACKAGE SYSEM, INC., a Delaware Corporation ; and DOES 1 to 100, Inclusive,<br><br>    Defendants. | **CASE NO.:** 5:17-CV-02060-CBM-KK<br><br>**NOTICE OF ERRATA IN RELATION TO PLAINTIFFS' FILING OF THE SECOND AMENDED COMPLAINT AND EXHIBITS** |

**TO THE HONORABLE DISTRICT COURT:**

Plaintiffs hereby resubmit their Second Amended Complaint and

Exhibits 1 to 15, pursuant to the Clerk of the Court's instruction.

It was attorney error which caused the Amended Complaint to be

uploaded in ten submissions on the Pacer System, (Dockett numbers 27

through 36), on February 9, 2018.  Because some of the documents were overly large, we believed the documents needed to by submitted in that manner and as directed by the system itself.

Dockett number 37, filed on Monday, February 12, 2018, is a Certificate of Service that I failed to attach to the original filing.

On February 14, 2018, the Clerk of the Court instructed my office to file this "Notice of Errata" and refile the Second Amended Complaint and its Exhibits as one document.

After contacting the "help department" of the Pacer System, I hereby resubmit the Second Amended Complaint and Exhibits as one document.

DATED:  February 14, 2018                    Respectfully submitted,


By:   _____/s/_____
      **Frank P. Agello, Esq.**
      Attorney for Plaintiffs

ROY LEGAL GROUP

Attorneys at Law

NOTICE OF ERRATA

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 14, 2018, I caused the foregoing **NOTICE OF ERRATA** to be filed with the Clerk of Court via CM/ECF, which will send notice to the following CM/ECF participants.

**Barak J. Babcock**
**David S. Wilson III**
**FedEx Ground Package System, INC.**
**1000 FedEx Drive**
**Moon Township, PA 15108**
**Tel 412.859.5763**
**Fax 901.492.9930**

Executed on February 14, 2018, at Northridge, California

<u>s/Frank P. Agello</u>

Frank P. Agello

NOTICE OF ERRATA

ROY LEGAL GROUP

Attorneys at Law