1 | DAVID S. WILSON, III, (SBN 174185)
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, CA 92614
Telephone: 949.862.4656
Facsimile: 901.492.5641
dswilson@fedex.com

Barak J. Babcock, (PABN 202720) (Admitted *Pro Hac Vice*)
**FEDEX GROUND PACKAGE SYSTEM, INC.**
1000 FedEx Drive
Moon Township, PA 15108
Telephone: 412.859.5763
Facsimile: 901.492.9930
barak.babcock@fedex.com

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALAJ, INC., a California Corporation; and N&C TRUCKING, INC., a California Corporation;<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware Corporation; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. 5:17-cv-02060-JLS-KK<br><br>**DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12**<br><br>Hearing Date: April 27, 2018<br>Time: 2:30 p.m.<br>Courtroom: 10A, 10th Floor<br>Judge: Honorable Josephine L. Staton |

COMES NOW DEFENDANT FedEx Ground Package System, Inc. ("FedEx Ground") and gives notice that on Friday, April 27, 2018 at 2:30 p.m. PST in Courtroom 10A of the above captioned Court located at Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth Street., Santa Ana, CA 92701,

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1
NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO F.R.C.P. 12
Case No. 5:17-cv-02060-JLS-KK

pursuant to Rule 12 of the Federal Rules of Civil Procedure, FedEx Ground will hereby move this Court to dismiss Plaintiffs Kalaj, Inc. and N&C Trucking, Inc.'s (collectively "Plaintiffs") Second Amended Complaint (Doc. 38-1).

This Motion is brought pursuant to Fed.R.Civ.P. 12, on the grounds that Plaintiffs' Second Amended Complaint fails to state a claim upon which relief can be granted because Plaintiffs with the help of an attorney, negotiated and executed binding Releases dismissing all claims against FedEx Ground.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place over several email exchanges and a telephone conference on Monday, March 19, 2018. The parties determined that they could not resolve these issues short of the present motion.

The Motion to Dismiss pursuant to Rule 12 is based upon this Notice and Motion, the concurrently filed Memorandum of Points and Authorities in Support, and upon such other and further matters as may be presented at or prior to the time of the hearing.

DATED: March 23, 2018            Respectfully submitted,

                                 By:   s/Barak J. Babcock
                                       Barak J. Babcock

                                       Attorney for Defendant
                                       FEDEX GROUND PACKAGE SYSTEM, INC.

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

2
NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO F.R.C.P. 12
Case No. 5:17-cv-02060-JLS-KK

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2018, I caused the foregoing **DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12** to be filed with the Clerk of Court via CM/ECF, which will send notice to the following CM/ECF participants.

**Raj D. Roy.**
**Frank P. Agello**
**Roy Legal Group**
**8345 Reseda Boulevard, Suite 222**
**Northridge, CA 91324**
**Tel 818.993.3300**
**Fax 818.993.4577**

**Attorneys for Plaintiff**

Executed on March 23, 2018, at Moon Township, Pennsylvania.

    s/Barak J. Babcock
    Barak J. Babcock

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614