Raj D. Roy, Esq. (183726)
Frank P. Agello, Esq. (204471)
ROY LEGAL GROUP
8345 Reseda Boulevard, Suite 222
Northridge, California 91324
Telephone: (818) 993-3300
Facsimile: (818) 993-4577
Email: roylegalgroup@gmail.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALAJ, INC., a California Corporation; and N&C TRUCKING, INC., a California Corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSEM, INC., a Delaware Corporation; and DOES 1 to 100, Inclusive,<br><br>Defendants. | **CASE NO.:** 5:17-CV-02060-CBM-KK<br><br>**EXHIBIT B:**<br><br>**DECLARATION OF DAVID KALAJ IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT; [FRCP 12(b)(6)]** |

Pursuant to FRCP 56 (c)(4), Plaintiffs present the following declaration in support of opposition to Motion to Dismiss.

## DECLARATION OF DAVID KALAJ

I, David Kalaj, declare and say:

- 1 -

DECLARATION OF DAVID KALAJ IN SUPPORT OF OPPOSITION

ROY LEGAL GROUP
Attorneys at Law

1. I am the owner of the DLEE, Inc., a former Contractor for Defendant FedEx, I have personal knowledge of the following facts, if called upon to testify thereto, I would competently do so.

2. I write this declaration in support of my Plaintiff's opposition to Defendant's motion to dismiss the second amended complaint only.

3. The documents attached to Plaintiff's second amended complaint as Exhibit 14, are true and correct copies of business records related to the termination of my contract and the sale of my lines. [DOCKETT 35-2].

4. The documents consist of: 1) A 11/09/2016, letter from FedEx manager, Martin Daza to me; 2) A General Release signed by me on 11/14/2016; 3) a Notice of Non-Renewal of Contract, dated 10/13/2016, from Martin Daza to me; 4) A Contract Non-Renewal letter, dated 10/21/2016, from Martin Daza to me; and 5) a Proposed Assignment letter from Martin Daza to SANSA Ocean Transport, related to the purchase of my lines, dated 11/09/2016.

5. Each of these documents are business records that I kept in the course and scope of my business as a FedEx contractor.

//

//

//

I declare under the penalty of perjury under the Laws of the State California that the foregoing is true and correct.

(Electronically) signed this 5th day of April, 2018, in Northridge, California, County of Los Angeles.

_____/s/_____
David Kalaj, Declarant