Raj D. Roy, Esq. (183726)
Frank P. Agello, Esq. (204471)
ROY LEGAL GROUP
8345 Reseda Boulevard, Suite 222
Northridge, California 91324
Telephone: (818) 993-3300
Facsimile: (818) 993-4577
Email: roylegalgroup@gmail.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALAJ, INC., a California Corporation; and N&C TRUCKING, INC., a California Corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSEM, INC., a Delaware Corporation; and DOES 1 to 100, Inclusive,<br><br>Defendants. | **CASE NO.:** 5:17-CV-02060-CBM-KK<br><br>**EXHIBIT C:**<br><br>**DECLARATION OF JOSEPH MAZI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT; [FRCP 12(b)(6)]** |

Pursuant to FRCP 56 (c)(4), Plaintiffs present the following declaration in support of opposition to Motion to Dismiss.

## DECLARATION OF JOSEPH MAZI

I, Joseph Mazi, declare and say:

- 1 -

DECLARATION OF JOSEPH MAZI IN SUPPORT OF OPPOSITION

1. I am the owner of J. Mazi Trucking, Inc., a former Contractor for Defendant FedEx, I have personal knowledge of the following facts, if called upon to testify thereto, I would competently do so.

2. I write this declaration in support of Plaintiff's opposition to Defendant's motion to dismiss the second amended complaint only.

3. The document attached to Plaintiff's second amended complaint as Exhibit 15, is a true and correct copy of a December 2, 2016, Contract Termination Notice Letter I received from Martin Daza, a FedEx manager. [DOCKETT 35-3].

4. The document is a business record that I kept in the course and scope of my business as a FedEx contractor.

    I declare under the penalty of perjury under the Laws of the State California that the foregoing is true and correct.

    (Electronically) signed this 5th day of April, 2018, in Northridge, California, County of Los Angeles.

                                      _____/s/_____
                                      Joseph Mazi, Declarant

DECLARATION OF JOSEPH MAZI IN SUPPORT OF OPPOSITION

ROY LEGAL GROUP

Attorneys at Law