Raj D. Roy, Esq. (183726)
Frank P. Agello, Esq. (204471)
ROY LEGAL GROUP
8345 Reseda Boulevard, Suite 222
Northridge, California 91324
Telephone: (818) 993-3300
Facsimile: (818) 993-4577
Email: roylegalgroup@gmail.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALAJ, INC., a California Corporation; and N&C TRUCKING, INC., a California Corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSEM, INC., a Delaware Corporation; and DOES 1 to 100, Inclusive,<br><br>Defendants. | CASE NO.: 5:17-CV-02060-CBM-KK<br><br>NOTICE OF ERRATA RE PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS THE SECOND AMENDED COMPLAINT |

**TO THE HONORABLE DISTRICT COURT:**

Plaintiffs hereby submit a corrected Table of Authorities to its Opposition to Motion to Dismiss the Second Amended Complaint, [DOCKETT 42].

- 1 -
NOTICE OF ERRATA

DATED: April 9, 2018        Respectfully submitted,

By: _____/s/_____
**Frank P. Agello, Esq.**
Attorney for Plaintiffs

- 2 -

NOTICE OF ERRATA

# TABLE OF AUTHORITIES

## Cases

*Ashcroft v. Iqbal*
556 U.S. 662 (2009)………………………………………………………… 22

*Assoc. Gen. Contractors of Cal. V. Cal. State Councile of Carpenters*
459 U.S. 519, 526 (1983)…………………………………………………..22

*Bell Atlantic Corp. v. Twombly*
550 U.S. 544, 570 (2007)…………………………………………………… 2

*Brindle v. West Allegheny Hospital*
594 A.2d 766 (Pa. Super. 1991)………………………………………….. 12

*College Watercolor Group v. William H. Newbauer, Inc.*
468 Pa. 103, (1976)………………………………………………………… 12

*Coventry v. U.S. Steel Corp.*
856 F.2d 514, 521-522 (3rd Cir. 1988)…………………………………… 20

*Cronin v. Citifinancial Servs., Inc.*
No. CIV. A. 08-1523, 2008 WL 2944869, at *3 (E.D. Pa. July 25, 2008)…. 16

*Cummings v. HPG Intern, Inc.*
244 R.3d 16 (1st Cir. 2001)………………………………………………… 13

*Estate of Potter*
6 Pa. Super 627 (1898)……………………………………………………. 14

*Fields v. Dep't of Pub. Safety*
911 F. Supp. 2d 373, 383 (M.D. La. 2012) (Jackson, J.) …………………. 2

*Gonzales v. Kay*
577 F. 3d 600, 603 (5th Cir. 2009) ………………………………………… 2

*Gould Elecs., Inc. v. United States*
220 F. 3d 169, 178 (3d Cir. 2000) ………………………………………… 2

PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINIT

*Harris v. Green Tree Fin. Corp.*
183 F.3d 173, 181 (3d Cir.1999)............................................................. 16

*Harrison v. Cabot Oil & Gas Corp.*
110 A.3d 178, 184-185 (Pa. 2015)........................................................... 17

*In re Allegheny Intern, Inc.*
954 F. 2d 167 (3d. Cir. 1992).................................................................. 13

*In re Jack Greenburg, Inc.*
240 B.R. 486 (Bankr. E.D. Pa. 1999)....................................................... 12

*John Wiley & Sons v. Livingston*
376 U.S. 543, 555, (1964)........................................................................ 6

*Kent v. Fair*
140 A.2d 445 (Pa. 1958)......................................................................... 12

*Litton Fin. Printing Division v. NLRB*
501 U.S. 190 (1991)................................................................................. 6

*Mele Construction Co. v. Crown American Corp.*
618 A.2d 956 (Pa. Super. 1992).............................................................. 12

*Merrill v. Continental Assur. Cor.*
200 Cal.App.2d 663, (4th Dist. 1962)....................................................... 5

*Nitterhouse Concrete Prods. V. Glass, Molding, Pottery, Plastics and Allied Union Int'l Workers Union*
2018 U.S. Dist. LEXIS 16820 (M.D. Pa. Feb. 1, 2018)........................... 6

*Nolde Bros. v. Bakery and Confectionary Workers Union*
460 U.S. 243 (1977)............................................................................ 5, 6

*Openshaw v. FedEx Ground Package System, Inc.*
731 F.Supp.2d 981, 998 (2010)........................................................ 15, 19

*Quilloin v. Tenet HealthSystem Phila., Inc.*
673 F.3d 221, 230 (3d Cir. 2012)............................................................ 15

PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINIT

*Romero v. Allstate Ins.*
1 F. Supp. 3d 319 405.................................................... 15, 16, 18, 20, 21

*Shonberger v. Oswell*
530 A.2d 112, 114 (Pa. Super. 1987)............................................. 10

*Sir R. Ropner & Co. v. Emmons Coal Mining Corp.*
17 F.2d 386 (D. Pa. 1926)........................................................ 12

*Step Plan Servs. Inc. v. Koresko*
12 A.3d 401, (Pa. Super. Ct. 2010)............................................... 14

*Stern & Co. v. International Harvester*
148 Conn. 527, (1961)............................................................. 5

*Terraciano v. Department of Transportation*
753 A.2d 233 (Pa. 2000)......................................................... 22

*Three Rivers Motors Co. v. Ford Motor Co.*
522 F.2d 885, 892 (3d Cir. 1975).................................................. 12

*Wickham v. Belveal*
1963 OK 227, (1963)............................................................... 5

**Statutes**

26 U.S. Code §197, (D)(2)(iii).................................................... 4

R.P.C. 3.1........................................................................ 11

**Rules**

Fed. R. Civ. P.12 (b)(6).......................................................... 2

**Secondary Authorities**

Am. Jur. 2d, Fraud in the Inducement §209........................................ 13

PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINIT

Corpus Juris Secundrum, C.J.S., §610, page 46………………………………. 5

Pennsylvania Law Encyclopedia, P.L.E. Contracts §85, page 102………….. 12

vii

PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINIT

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2018, I caused the foregoing **NOTICE OF ERRATA** to be filed with the Clerk of Court via CM/ECF, which will send notice to the following CM/ECF participants.

**Barak J. Babcock**
**David S. Wilson III**
**FedEx Ground Package System, INC.**
**1000 FedEx Drive**
**Moon Township, PA 15108**
**Tel 412.859.5763**
**Fax 901.492.9930**

Executed on April 9, 2018, at Northridge, California

s/Frank P. Agello

Frank P. Agello